Trent M. Gardner (I.D. # 7477)
Jeffrey J. Tierney (I.D. # 12989)
**GOETZ, BALDWIN & GEDDES, P.C.**
35 North Grand
P.O. Box 6580
Bozeman, MT 59771-6580
Phone: (406) 587-0618
Fax:   (406) 587-5144
Email:        tgardner@goetzlawfirm.com
              jtierney@goetzlawfirm.com

Joseph V. Womack (I.D. # 2690)
**WALLER & WOMACK, P.C.**
Suite 805 First Bank Building
303 North Broadway
Billings, Montana 59101
Telephone: (406) 252-7200
Facsimile: (406) 252-4266
Email: jwomack@jvwlaw.com

Attorneys for Joseph V. Womack, Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re<br><br>**JOHN HENRY SCHNEIDER**,<br><br>　　　　Debtor. | Case No. 14-61357 |
| **JOSEPH V. WOMACK, AS CHAPTER 7 TRUSTEE OF THE ESTATE OF JOHN HENRY SCHNEIDER,**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**KATHLEEN T. BURROWS**<br><br>　　　　Defendant. | Adversary No. 15-_____<br><br><br>SUMMONS IN AN<br>ADVERSARY ACTION |

TO:   KATHLEEN T. BURROWS

YOU ARE SUMMONED and required to file a motion or answer to the Complaint which is attached to this Summons with the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this Summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.  The address of the Clerk of the Bankruptcy Court is:

>   Clerk of U.S. Bankruptcy Court
>   District of Montana
>   Mike Mansfield Federal Building and U.S. Courthouse, Room 303
>   400 North Main
>   Butte, MT  59701

At the same time, you must also serve a copy of the motion or answer upon the Plaintiffs' attorneys.

>   Trent M. Gardner
>   Jeffrey J. Tierney
>   GOETZ, BALDWIN & GEDDES, P.C.
>   35 North Grand
>   P.O. Box 6580
>   Bozeman, MT  59771-6580

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

|  |  |
|---|---|
|  | _____ |
| (COURT SEAL) | *Clerk of the Bankruptcy Court* |
|  |  |
|  | By:_____ |
| _____ |  |
| Date | *Deputy Clerk* |